IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL MUEHL,

    Plaintiff,

v.

BRUCE DU MONTIER,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-82-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant dismissing this case.

_____    12/15/09
Peter Oppeneer, Clerk of Court      Date